AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

TOBY PAINTER

RECEIVED OCT 16 2019 U.S. Marshals Service, EDNC

WARRANT FOR ARREST

CRIMINAL CASE: 2:19-CR-19-D

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**Toby Painter** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

_____ Order of Court: ___ Violation Notice __ Probation Violation Petition charging him/her with:

Counts 1-4: 18 U.S.C. § 2251(a)(e): Production of Child Pornography

Count 5: 18 U.S.C. § 2422(b): Enticement of a Minor

Peter A. Moore, Jr.
Name of Issuing Officer

*[signature]*
Signature of Issuing officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

OCTOBER 9, 2019 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 10/16/19 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 12/18/19 | Chris Hedges, FBI | by S. Bowyer, USMS |

FILED

DEC 20 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Case 2:19-cr-00019-D   Document 6   Filed 12/20/19   Page 1 of 1